IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARK E. SUNNERGREN, | ) | No. C 12-0979 LHK (PR) |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION |
| | ) | FOR ENLARGEMENT OF TIME |
| vs. | ) | TO FILE AMENDED |
| | ) | COMPLAINT |
| | ) | |
| MICHAEL CATE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | (Docket No. 6.) |
| | ) | |

Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On June 25, 2012, the Court dismissed with leave to amend one claim and several defendants. (Docket No. 5.) Plaintiff was directed to file an amended complaint within thirty days from the date the order was filed. Plaintiff has filed a motion for enlargement of time to file an amended complaint. Good cause having been shown, Plaintiff's motion is GRANTED. Plaintiff shall file an amended complaint within thirty days of the date this order is filed. Failure to comply with this order will result in the Court proceeding with only the deliberate indifference claim.

This order terminates docket number 6.

IT IS SO ORDERED.

DATED: 7/27/12

LUCY H. KOH
United States District Judge

Order Granting Motion for Enlargement of Time to File Filed Amended Complaint
G:\PRO-SE\SJ.LHK\CR.12\Sunnergren979eot_ac.wpd