1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   MARK E. SUNNERGREN,                    )     No. C 12-0979 LHK (PR)
                                            )
11                      Plaintiff,          )     ORDER GRANTING SECOND
                                            )     MOTION FOR ENLARGEMENT
11     vs.                                  )     OF TIME TO FILE AMENDED
                                            )     COMPLAINT
12                                          )
13   MICHAEL CATE, et al.,                  )
                                            )
14                      Defendants.         )
                                            )
15   _____       )

16          Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42

17   U.S.C. § 1983.  On June 25, 2012, the Court dismissed with leave to amend one claim and

18   several defendants.  (Docket No. 5.)  Plaintiff was directed to file an amended complaint within

19   thirty days from the date the order was filed.  Plaintiff requested and received an enlargement of

20   time to file an amended complaint.  (Docket Nos. 6 and 8.)  Plaintiff requests a second

21   enlargement of time to file an amended complaint.  Good cause having been shown, Plaintiff's

22   second motion is GRANTED.  Plaintiff shall file an amended complaint within thirty days of the

23   date this order is filed.  Failure to comply with this order will result in the Court proceeding with

24   only the deliberate indifference claim.

25          IT IS SO ORDERED.

26

27   DATED: _____9/12/12_____                    _____
                                                 LUCY H. KOH
28                                               United States District Judge

Order Granting Second Motion for Enlargement of Time to File Filed Amended Complaint
G:\PRO-SE\SJ.LHK\CR.12\Sunnergren979secondeot_ac.wpd