IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK E. SUNNERGREN,<br><br>        Plaintiff,<br><br> vs.<br><br>MICHAEL CATE, et al.,<br><br>        Defendants. | No. C 12-0979 LHK (PR)<br><br>ORDER GRANTING IN PART REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION<br><br><br>(Docket No. 21.) |

Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. (Doc. No. 1.) On June 25, 2012, the Court issued an order of service, concluding plaintiff had stated a cognizable Eighth Amendment deliberate indifference claim. (Doc. No. 5.) Defendants have filed a motion requesting an extension of time until January 31, 2013, in which to file a dispositive motion. Defendants' request is GRANTED in part. Defendants shall file a dispositive motion no later than December 10, 2012, ninety days from the filing of their notice of waiver of answer.

This order terminates docket no. 21.

DATED:   10/19/12

LUCY H. KOH
United States District Judge

Order Granting In Part Request for Extension of Time to File Dispositive Motion
G:\PRO-SE\SJ.LHK\CR.12\Sunnergren979eot-dispo.wpd