FILED

JUN 10 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| MARK E. SUNNERGREN, | ) No. C 12-0979 LHK (PR) |
|---|---|
| Plaintiff, | ) ORDER GRANTING PLAINTIFF'S MOTION TO MOTION FOR AN EXTENSION OF TIME TO FILE OPPOSITION |
| v. | |
| MATTHEW CATE, et al., | |
| Defendants. | |
| | ) (Docket No. 32) |

Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On April 1, 2013, Defendants filed a motion for summary judgment. (Docket No. 30.) On May 20, 2013, Defendants then filed a notice of unopposed motion for summary judgment. (Docket No. 31.) Plaintiff has filed a motion requesting an extension of time to resubmit an opposition to the motion for summary judgment. (Docket No. 32.) Plaintiff states that he sent the original and only copy of his opposition to the Court on April 24, 2013, and submits the institution's outgoing mail log to support his assertion. (Doc. No. 32, Ex. A.) Plaintiff requests additional time to retype his opposition. Plaintiff further requests that he be allowed to file his opposition in two parts because of the voluminous nature of the supportive exhibits.

//

//

Order Granting Plaintiff's Motion for an Ext. of Time to file an Opposition
G:\PRO-SE\LHK\CR.12\Sunnergren979eot-opp.wpd

Plaintiff's motion for an extension of time is **GRANTED**. Plaintiff shall file an opposition **within twenty-eight (28) days** of the filing date of this order. Plaintiff shall file a reply within **fourteen days** thereafter.

Additionally, Plaintiff may file his opposition in two-parts, provided that each part is clearly indicated as being one of two parts.

This order terminates docket number 32.

IT IS SO ORDERED.

DATED: 6/7/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARK EDWIN SUNNERGREN,　　　　　　　Case Number: CV12-00979 LHK

　　　　Plaintiff,　　　　　　　　　　　　　　**CERTIFICATE OF SERVICE**

v.

MATTHEW CATE et al,

　　　　Defendant.
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 10, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mark E. Sunnergren G-53094
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93460

Dated: June 10, 2013

　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　*Elizabeth C Garcia*
　　　　　　　　　　　　　　　　　By: Elizabeth Garcia, Deputy Clerk