UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MARK E. SUNNERGREN,<br><br>   Plaintiff,<br><br> v.<br><br>MATTHEW CATE, et al,<br><br>   Defendants.<br>_____/ | No.  5:12-CV-0979 LHK (NJV)<br>AMENDED<br>NOTICE AND ORDER SETTING SETTLEMENT CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM, REQUIRING MEET AND CONFER, AND SETTING STATUS CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

  You are hereby notified that a settlement conference is scheduled in this case for 9:00 a.m. on June 17, 2014, at Solano State Prison.

  Defense counsel is ORDERED to meet and confer telephonically with Plaintiff to discuss settlement of this case no later than three weeks before the settlement conference.  The legal representative of the CDCR must be present at this telephonic meeting.

  The matter is HEREBY SET for a telephonic status conference on June 3, 2014, at 1:00 p.m. The parties shall dial 888-684-8852 and enter access code 1868782.  At the status conference, the parties shall report on the outcome of their meeting regarding settlement. Defense counsel is asked to arrange for the telephonic appearance of Plaintiff.

  Lead trial counsel shall appear at the settlement conference with the parties and persons having **full authority** to negotiate and settle the case.  **A person who needs to call another person not present before agreeing to any settlement does not have full authority.  To the extent that such consultations are necessary, they must be made in advance of the settlement conference.**

Personal attendance of a party representative will rarely be excused by the Court, and then only upon separate written application demonstrating substantial hardship served on opposing counsel and lodged as early as the basis for the hardship is known.

Confidential settlement conference statements shall be mailed or emailed (NJVpo@cand.uscourts.gov) to and received by chambers no later than two weeks prior to the settlement conference. The parties shall report on the outcome of their settlement discussions in their settlement conference statements.

Any request to continue the settlement conference shall state the reason therefor and be submitted in writing as soon as possible well in advance of the scheduled conference date. Requests to vacate the settlement referral must be made to the *referring* Judge, not Magistrate Judge Vadas.

The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this case settles prior to the date set for the settlement conference.

IT IS SO ORDERED.

Dated: April 21, 2014



Judge Nandor J. Vadas

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MARK E. SUNNERGREN, | No. 5:12-CV-0979 LHK (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| MATTHEW CATE, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on April 14, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Mark E. Sunnergren
G-53094
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93460

Litigation Coordinator
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA  93960-1020

(by fax also)

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3