UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MARK E. SUNNERGREN,<br>　　　　Plaintiff, | No. 5:12-CV-0979 LHK (NJV) |
| v. | CERTIFICATE OF SERVICE |
| MATTHEW CATE, et al.,<br>　　　　Defendants.<br>_____/ | |

　　　　I, the undersigned, hereby certify that on May 19, 2014, I SERVED a true and correct copy of Docket No. 53, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Mark E. Sunnergren
G-53094
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93460

Litigation Coordinator
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA  93460

Litigation Coordinator
Solano State Prison
P.O. Box 4000
Vacaville, CA  95696-4000

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Linn Van Meter
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Linn Van Meter
　　　　　　　　　　　　　　　　　　　　　　　　　Administrative Law Clerk to
　　　　　　　　　　　　　　　　　　　　　　　　the Honorable Nandor J. Vadas