UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MARK E. SUNNERGREN, | No. 5:12-CV-0979 LHK (NJV) |
| Plaintiff, | ORDER VACATING STATUS CONFERENCE AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| MATTHEW CATE, et al, | |
| Defendants. | |

On May 19, 2014, the court issued an order granting Defendants' motion to continue the settlement conference in this case. (Doc. 53.) Accordingly, the telephonic status conference set for June 3, 2013, is VACATED.

The writ of habeas corpus ad testificandum issued on May 5, 2014, for the attendance of Plaintiff at the now-continued settlement conference is also VACATED.

IT IS SO ORDERED.

Dated: May 19, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MARK E. SUNNERGREN, | No. 5:12-CV-0979 LHK (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| MATTHEW CATE, et al., | |
| Defendants. / | |

I, the undersigned, hereby certify that on May 19, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Mark E. Sunnergren
G-53094
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93460

Litigation Coordinator
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA  93960-1020

Litigation Coordinator
Solano State Prison
P.O. Box 4000
Vacaville, CA  95696-4000

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2