Nancy E. Hudgins, SBN 85222
Matthew M. Grigg, SBN 195951
Carol B. Ho, SBN 286972
LAW OFFICES OF NANCY E. HUDGINS
711 Van Ness Ave., Ste 450
San Francisco, CA, 94102
415-979-0100
mmg@hudginslaw.com

Attorneys for Defendant C. Lacy, L.V.N.

### UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK E. SUNNERGREN, | Case No.: C 12-0979 LHK (PR) |
| Plaintiff, | **[PROPOSED] ORDER RE APPEARANCE AT SETTLEMENT CONFERENCE** |
| v. | |
| MATTHEW CATE, et al. | |
| Defendants. | |

Good cause appearing therefor, Defendant C. Lacy, L.V.N.'s request to be excused from appearing at the settlement conference currently scheduled for August 19, 2014 is hereby GRANTED.

IT IS SO ORDERED.

Dated: July 29, 2014

_____
Hon. Nandor J. Vadas
United States Magistrate Judge