UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK E. SUNNERGREN,<br><br>   Plaintiff,<br><br>  v.<br><br>MATTHEW CATE, et al.,<br><br>   Defendants. | Case No.  12-cv-00979-LHK   (NJV)<br><br>**REPORT OF PRO SE PRISONER**<br>**EARLY SETTLEMENT PROCEEDING** |

  A settlement conference was held on August 19, 2014 at Solano State Prison, and the results of that proceeding are indicated below:

  (1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

   ( X ) Plaintiff, Mark Sunnergren Pro Se

   ( ) Warden or warden's representative

   ( ) Office of the California Attorney General

   ( X ) Other:  Matthew M. Grigg and California Department of Corrections and Rehabilitation Counsel, Patricia Lee

  (2) The following individuals, parties, and/or representatives did not appear:

_____

  (3) The outcome of the proceeding was:

   ( X ) The case has been completely settled.  A telephonic status conference is scheduled for September 23, 2014.  Defense counsel shall arrange for Plaintiff's telephonic appearance.

   ( ) The case has been partially resolved and counsel for defendants shall file a joint

1  stipulation regarding those claims which have been resolved.  The issues outlined on the sheet
2  attached remain for this Court to resolve.
3      ( ) The parties are unable to reach an agreement at this time.
4  **IT IS SO ORDERED.**
5  Dated: August 25, 2014

                                  NANDOR J. VADAS
                                  United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK E. SUNNERGREN,<br><br>   Plaintiff,<br><br>  v.<br><br>MATTHEW CATE, et al.,<br><br>   Defendants. | Case No.  12-cv-00979-LHK   (NJV)<br><br>**CERTIFICATE OF SERVICE** |

  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

  That on 8/25/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mark E. Sunnergren
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: 8/25/2014

            Richard W. Wieking
            Clerk, United States District Court

            B
            Gloria Knudson, Deputy Clerk to the
            Honorable NANDOR J. VADAS